Glue WILKINS, Appellant

v.

Honorable William T. TULLY, Judge, Dauphin County Court of Common Pleas, Appellee

No. 17 MAP 2017

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of July, 2017, the Notice of Appeal is quashed.